**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2199**

_____

In re:  BRANDON PICKENS,

        Petitioner.

_____

On Petition for Writ of Mandamus. (1:22-cv-00127-MR)

_____

Submitted:  January 17, 2023                    Decided:  January 19, 2023

_____

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Brandon Michael Pickens, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Pickens petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2254 petition.  Pickens seeks an order from this court directing the district court to act.  The present record does not reveal undue delay in the district court.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*